IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00668-ZLW-KMT

ERIC PETERSEN,

    Plaintiff,

v.

SAMUEL DUNLAP,
ELIZABETH SCHWARTZ,
GARY MORGAN,
MICHEL DAVIS,
CHRISTINE TYLER, and
BURL McCULLAR,

    Defendants.

_____

**ORDER**
_____

    In response to Plaintiff's filing of his Amended Complaint (Doc. No. 62; Aug. 3, 2009), and pursuant to this Court's Order dated July 9, 2009 (Doc. No. 61), it is

    ORDERED that Defendant's Combined Motion To Dismiss And Memorandum Brief In Support Of Motion To Dismiss Plaintiff's Complaint (Doc. No. 33; Aug. 14, 2008) is granted and Defendant Joe Stommel is dismissed from this case with prejudice.  It is

FURTHER ORDERED that the case caption is amended, as set forth above, to reflect the parties named in Plaintiff's Amended Complaint.

DATED at Denver, Colorado, this 6th day of August, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court