IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00668-ZLW-KMT

ERIC PETERSEN, et al.,

    Plaintiffs,

v.

SAMUEL DUNLAP.
ELIZABETH SCHWARTZ,
GARY MORGAN,
MICHAEL DAVIS,
CHRISTINE TYLER, and
BURL McCULLAR,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2010

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated: <u>March 19, 2010</u>

BY THE COURT:

*Zita Leeson Weinshienk*

_____
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00668-ZLW-KMT

Eric Petersen
Prisoner No. 117376
Arrowhead Correctional Center
PO Box 300
Cañon City, CO 81215- 0300

Samuel Dunlap, Elizabeth Schwartz,
Gary Morgan, Michael Davis,
Christine Tyler, and Burl McCullar – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Samuel Dunlap, Elizabeth Schwartz, Gary Morgan, Michael Davis, Christine Tyler, and Burl McCullar; AMENDED COMPLAINT FILED 8/03/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/22/10 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk